# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2656 Disciplinary Docket No. 3 |
| | : | |
| ANTHONY CHARLES MENGINE | : | No. 66 DB 2017 |
| | : | |
| | : | Attorney Registration No. 63209 |
| | : | |
| | : | (Allegheny County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of October, 2020, on certification by the Disciplinary Board that Anthony Charles Mengine, who was suspended for a period of two years, with nine months to be served, has filed a verified statement showing compliance with the order of suspension and Pa.R.D.E. 217, and there being no other outstanding order of suspension or disbarment, Anthony Charles Mengine is reinstated to active status. He remains subject to a fifteen-month period of probation under the conditions outlined in this Court's Order dated November 26, 2019.